No. 02–10908. SANCHEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10911. PIERCEFIELD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–10913. MARCELINO ALVAREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10920. CUAUTLE-TAPIA *v.* UNITED STATES; and CORTEZ-VILLANUEVA, AKA TORRES-TORRES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10921. WONG CHANG, AKA GONG LING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–10923. DOMINGUEZ-DOMINGUEZ, AKA RIVERA-GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–355. SOUTHERN BUILDING CODE CONGRESS INTERNATIONAL, INC. *v.* VEECK, DBA REGIONAL WEB. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–367. AMERICAN CYANAMID CO. *v.* GEYE ET AL. Sup. Ct. Tex. Motion of Croplife America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–649. DEE-K ENTERPRISES, INC., ET AL. *v.* HEVEAFIL SDN. BHD. ET AL. C. A. 4th Cir. Motion of American Antitrust Institute for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–1149. KELLY, COMMISSIONER, NEW YORK CITY POLICE DEPARTMENT, ET AL. *v.* KRIMSTOCK ET AL. C. A. 2d Cir. Motion of respondent Valerie Krimstock for leave to proceed *in forma pauperis* granted. Certiorari denied.